UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARIA L. RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-cv-2345-M |
| | § | |
| AMADOR VASQUEZ ENTERPRISES, INC., | § | |
| LA NUEVA PUNTADA, L.P., AND | § | |
| AMADOR VASQUEZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' Amended Joint Settlement Report, Motion for Approval of Settlement Agreement and for Entry of an Order of Dismissal [Docket Entry #27]. Having reviewed the Motion and the Settlement Agreement, the Court finds that bona fide disputes of law and fact exist between the parties, that the terms of the settlement are fair and equitable, and that the Motion should be **GRANTED**. Therefore, the Court **ORDERS** that the Settlement Agreement is approved.

**IT IS FURTHER ORDERED** that this action be **DISMISSED WITH PREJUDICE** to the refiling of same, with each party to bear its own costs, expenses and attorneys' fees.

**SO ORDERED**.

March 5, 2012.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

1